IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECOLAB INC. and ECOLAB USA INC., ) | |
| ) | C.A. No: 21-567-RGA |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| DUBOIS CHEMICALS, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

WHEREAS, Plaintiffs Ecolab Inc. and Ecolab USA Inc. have moved the Court for relief on certain discovery matters (the "Motion"), and the Court has considered the Motion and determined that good cause exists;

IT IS HEREBY ORDERED this 2nd day of May, 2022, that:

1. The Motion is GRANTED;

2. By no later than May 30, 2022, Defendant shall produce to Plaintiffs all documents redacted for reasons other than preservation of privilege without redactions;

3. By no later than May 16, 2022, DuBois shall produce to Plaintiffs all documents within its possession, custody, or control relating to equipment for applying or dispensing the Accused Products;

4. By no later than May 16, 2022, DuBois shall serve on Plaintiffs a supplemental answer to Ecolab's Interrogatory No. 5, addressing the full scope of the Interrogatory as propounded by Ecolab; and

5. By no later than May 16, 2022, DuBois shall permit Ecolab to inspect all facilities for which inspection has been requested in Ecolab's Request for Inspection, including recordkeeping facilities.

_____
UNITED STATES DISTRICT JUDGE