## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECOLAB INC. and ECOLAB USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> DUBOIS CHEMICALS, INC., <br><br> Defendant. | C.A. No. 1:21-cv-00567-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 7, 2023, copies of the (1) *Expert Rebuttal Report of Christopher Gerardi (w/Exhibits 3-7);* and (2) *Expert Rebuttal Report of Jacques Rouillard* were caused to be served upon the following counsel in the manner indicated:

**BY E-MAIL:**

Kelly E. Farnan (#4395)
Dorronda R. Bordley (#6642)
RICHARDS, LAYTON
  & FINGER, P.A.
farnan@rlf.com
bordley@rlf.com

Rachel Zimmerman Scobie
Anneliese S. Mayer
Eric R. Chad
Elisabeth S. Muirhead
MERCHANT & GOULD P.C.
Minneapolis, MN 55402
rscobie@merchantgould.com
amayer@merchantgould.com
echad@merchantgould.com
emuirhead@merchantgould.com

Dated: March 7, 2023

DEVLIN LAW FIRM LLC

*/s/ James M. Lennon*
James M. Lennon (No. 4570)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 440-9010
jlennon@devlinlawfirm.com

1

OF COUNSEL:

Lucas T. Elliot (*pro hac vice*)
FROST BROWN TODD LLC
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, TN 37201
Tel: (615) 251-5565
Fax: (615) 251-5551
lelliot@fbtlaw.com

Alexander S. Czanik (*pro hac vice*)
FROST BROWN TODD LLC
301 East Fourth Street, Suite 3300
Cincinnati, OH 45202
(513) 651-6800
aczanik@fbtlaw.com

*Attorneys for Defendant*
*DuBois Chemicals, Inc.*