IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ECOLAB INC. and ECOLAB USA INC., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 21-567-RGA |
| v. | ) ) | |
| DUBOIS CHEMICALS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**FINAL VERDICT FORM**

**Instructions:** When answering the questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Please refer to the Jury Instructions for guidance on the law applicable to the subject matter covered by each question.

We, the jury, unanimously agree to the answers to the following questions as our verdict in this case:

**BREACH OF CONTRACT**

1. Do you find by a preponderance of the evidence that DuBois has breached the Settlement Agreement?

    *Checking "Yes" below indicates a finding for Ecolab.*
    *Checking "No" below indicates a finding for DuBois.*

    Yes_____      No_____

If you answered "Yes" above, please proceed to Question 2. If you answered "No" above, please skip Question 2 and proceed to Question 3.

**DAMAGES FOR BREACH OF CONTRACT**

2. What are Ecolab's damages for DuBois' breach of the Settlement Agreement?

    $_____

Please proceed to Question 3.

**DIRECT INFRINGEMENT**

3. Has Ecolab proven by a preponderance of the evidence that DuBois directly infringed the following Asserted Claims?

> *Checking "Yes" below indicates a finding for Ecolab.*
> *Checking "No" below indicates a finding for DuBois.*

'257 Patent, Claim 41:     Yes_____     No_____

'381 Patent, Claim 5:      Yes_____     No_____

'381 Patent, Claim 7:      Yes_____     No_____

'215 Patent, Claim 1:      Yes_____     No_____

'215 Patent, Claim 16:     Yes_____     No_____

Regardless of whether you answered "Yes" or "No" as to infringement of any of the Asserted Claims listed above in Question 3, please proceed to Question 4.

**INDIRECT INFRINGEMENT BY INDUCEMENT**

4. Has Ecolab proven by a preponderance of the evidence that DuBois indirectly infringed by inducement the following Asserted Claims?

> *Checking "Yes" below indicates a finding for Ecolab.*
> *Checking "No" below indicates a finding for DuBois.*

'257 Patent, Claim 41:     Yes_____     No_____

'381 Patent, Claim 5:      Yes_____     No_____

'381 Patent, Claim 7:      Yes_____     No_____

3

    '215 Patent, Claim 1:  Yes_____  No_____

    '215 Patent, Claim 16:  Yes_____  No_____

If you answered either Question 3 or 4 above with an "Yes" to at least one Asserted Claim , please proceed to Question 5.

If you answered "No" to all Asserted Claims in Questions 3 and 4 above, please skip Question 5 and proceed to reading and signing the final page of this form.

**WILLFUL INFRINGEMENT**

5. Do you find by a preponderance of the evidence that DuBois' infringement was willful?

   *Checking "Yes" below indicates a finding for Ecolab.*
   *Checking "No" below indicates a finding for DuBois.*

   Yes_____  No_____

  You have reached the end of the verdict form. Review the completed form to ensure that it accurately reflects your unanimous decision. **The Foreperson** should then sign and date the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

For the Jury:

_____  _____
Dated          Foreperson