IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECOLAB INC., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 21-567-RGA |
| DUBOIS CHEMICALS, INC., | : |
| Defendant. | : |

## TRIAL VERDICT

The jury having deliberated on the claims asserted at trial, and the jury having reached a verdict (D.I. 300), judgment is entered for Defendant DuBois Chemicals, Inc., and against Plaintiffs Ecolab Inc. and Ecolab USA Inc. on Counts I, II, and III, and judgment is entered for Plaintiffs Ecolab Inc. and Ecolab USA Inc. and against Defendant DuBois Chemicals, Inc., on Count IV in the amount of $2,000,000.

IT IS SO ORDERED this ___ day of November 2023.

_____
United States District Judge