IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ECOLAB INC. and ECOLAB USA INC.,

    Plaintiffs,

v.

DUBOIS CHEMICALS, INC.,

    Defendant.

Civil Action No. 21-567-RGA

## JUDGMENT

This 9th day of November 2023, the Court having held a jury trial October 27, 2023, through November 3, 2023, and the jury having rendered a verdict (D.I. 300);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendant and against Plaintiffs on Counts I, II, and III of the Complaint (D.I. 1); and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiffs and against Defendant on Count IV of the Complaint (D.I. 1) with an award of damages in the amount of $2,000,000.00.

_____
United States District Judge

Dated: 11/9/2023

_____
(By) Deputy Clerk