

Kelly E. Farnan
302-651-7705
Farnan@rlf.com

December 13, 2023

**BY CM/ECF**
The Honorable Richard G. Andrews
U.S. District Court for
 the District of Delaware
844 North King Street
Wilmington, DE 19801-3555

        **RE:**   *Ecolab Inc., et al. v. Dubois Chemicals, Inc.*,
                C.A. No. 21-567-RGA

Dear Judge Andrews:

      I write on behalf of both parties to respectfully request that the Court consider referring the above-captioned case to mediation before one of the Court's Magistrate Judges. As Your Honor is aware, following a jury trial in late October, the Court entered judgment on November 9, 2023. D.I. 305. Following entry of the judgment, DuBois filed a Motion for Attorneys' Fees (D.I. 312), and subsequently Ecolab filed a renewed Motion for Judgment as a Matter of Law (D.I. 320). While we appreciate the Court's Standing Order No. 2022-2 no longer permits mediation in patent cases, we believe this case is sufficiently advanced that a Magistrate Judge might be able to assist the parties in reaching a resolution.

      We appreciate Your Honor's consideration of this request. Should Your Honor have any questions or concerns, counsel are available at the Court's convenience.

                                                              Respectfully,

                                                              */s/ Kelly E. Farnan*

                                                              Kelly E. Farnan (#4395)

KEF/tec
Enclosure
cc:    All Counsel of Record (via CM/ECF)