IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ECOLAB INC. and ECOLAB USA INC., | ) | |
| | ) | C.A. No: 21-567-RGA |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| DUBOIS CHEMICALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

Plaintiffs Ecolab Inc. and Ecolab USA Inc. (together, "Plaintiffs") move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order").  In support of the Motion, Plaintiffs state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require, inter alia, visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals.  Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. Plaintiffs have an in-person mediation scheduled for February 21, 2024 at 10:00 a.m. with Magistrate Judge Hatcher.

3. Plaintiffs' company representative does not meet the exemptions listed in Paragraph 4 of the May 15, 2023 Standing Order.  The company representative requires access to electronic devices to assist with the mediation. The company representative is listed below:

- Mike Berthoud - Corporate Representative

4. Plaintiffs respectfully request that the Court issue an order, in the form attached hereto, to exempt the individual identified in Paragraph 3 from the District of Delaware's May 15, 2023 Standing Order for the mediation.

| | |
|---|---|
| OF COUNSEL:<br>Rachel Zimmerman Scobie<br>Eric R. Chad<br>Elisabeth Muirhead<br>Anneliese S. Mayer<br>Merchant & Gould P.C.<br>150 South Fifth Street<br>Suite 2200<br>Minneapolis, MN 55402-4247<br>(612) 332-5300<br><br>Elizabeth Harwood<br>Merchant & Gould P.C.<br>800 S. Gay Street, Suite 2150,<br>Knoxville, TN 37929<br>865-380-5960<br><br>Dated: February 20, 2024 | /s/ Sara M. Metzler<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>cragg@rlf.com<br><br>*Attorneys for Plaintiffs*<br>*Ecolab Inc. and Ecolab USA Inc.* |